AA

ORIGINAL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

3D SYSTEMS, INC.,

Plaintiff,

v.

ENVISIONTEC, INC. and ENVISIONTEC GMBH,

Defendants.

Case: 2:08-cv-11734
Judge: Lawson, David M
MJ: Morgan, Virginia M
Filed: 04-23-2008 At 03:59 PM
CMP 3D SYSTEMS, INC V. ENVISIONTEC, INC ET AL (JTC)

BODMAN LLP
Susan M. Kornfield (P41071)
Alan N. Harris (P56324)
Suite 400
201 South Division Street
Ann Arbor, MI 48104
Tel: 734.761.3780
Fax: 734.930.2494

LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP
Sidney David
Jonathan A. David
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866

*Attorneys for Plaintiff 3D Systems, Inc.*

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff 3D Systems, Inc., as and for its complaint against Defendants Envisiontec, Inc. and Envisiontec GmbH, allege as follows:

## THE PARTIES

1. Plaintiff 3D Systems, Inc. ("3D Systems") is a California corporation, having its principal executive office at 333 Three D Systems Circle, Rock Hill, South Carolina 29730.

2. Upon information and belief, Defendant Envisiontec, Inc. is a Michigan corporation having a place of business at 1100 Hilton Street, Ferndale, Michigan 48220.

3. Upon information and belief, Defendant Envisiontec GmbH is a German corporation organized and existing under the laws of Germany, having a place of business at Brüsseler Straße 51, 45968 Gladbeck, Germany.

**JURISDICTION AND VENUE**

4. Upon information and belief, Envisiontec, Inc. and Envisiontec GmbH transact and do business within the State of Michigan and within this Judicial District, and are subject to the personal jurisdiction of this Court, pursuant to the laws of the State of Michigan and Rule 4 of the Federal Rules of Civil Procedure.

5. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(c).

6. This action is brought under the Declaratory Judgment Act, 28 U.S.C. §§ 2201-02, and arises under the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq*.

7. Subject matter jurisdiction is conferred upon this Court by 28 U.S.C. § 1338(a).

**BACKGROUND FACTS**

8. 3D Systems is a leading global provider of 3-D modeling, rapid prototyping, and rapid manufacturing technology and systems. Using 3D Systems' technology and systems, prototypes and end-use parts can be built within hours directly from computer-aided design (CAD) files through an additive manufacturing process with 3D Systems' 3-D Modelers, Stereolithography (SLA®), and Selective Laser Sintering (SLS®) solutions.

9. 3D Systems' three-dimensional part-building systems and engineered materials reduce the time and cost of designing products and facilitate "direct digital manufacturing," enabling its customers to drastically decrease product development time and maintain a competitive advantage.

10. 3D Systems has applied for and obtained numerous patents in the United States and abroad, and 12 of its United States patents are currently being asserted against three-dimensional prototyping and manufacturing systems of Defendants Envisiontec, Inc. and Envisiontec GmbH in the action of *3D Systems, Inc. v. Envisiontec, Inc., Envisiontec GmbH and SIBCO, Inc.*, Case No. 2:05-cv-74891, pending before The Honorable Avern Cohn in the United States District Court for the Eastern District of Michigan, Southern Division.

11. 3D Systems is also the manufacturer of three-dimensional model building systems known as the V-Flash™ Desktop Modeler. On April 2, 2008, 3D Systems announced that it has begun commercial shipments of its new V-Flash™ Desktop Modeler to North American customers.

12. The V-Flash™ Desktop Modeler builds three-dimensional models within hours in a customer's home or office, enabling designers, engineers, hobbyists, and students to imagine, design and build their ideas at their desks.

13. From April 3-5, 2008, 3D Systems attended the American Audiology Association Exhibition (the "AAA Show") in Charlotte, North Carolina, and exhibited its V-Flash™ Desktop Modeler at the booth of one of its partners, The Dreve Company ("Dreve"). At the Dreve booth at the AAA Show, the V-Flash™ Desktop Modeler was on display and producing hearing aid models.

14. Upon information and belief, at the AAA Show, Defendants Envisiontec, Inc. and Envisiontec GmbH, through Ali El-Sablani, the Chief Executive Officer of both Envisiontec, Inc. and Envisiontec GmbH, threatened customers and potential customers of 3D Systems of the V-Flash System™ at the AAA Show with patent infringement suits.

15. In particular, Mr. El-Sablani personally threatened two of 3D Systems' U.S. customers and potential customers, Starkey Laboratories, Inc. ("Starkey") and GN ReSound, with patent infringement suits when they purchase 3D Systems' V-Flash™ Desktop Modeler. Currently, a beta test version of the V-Flash™ Desktop Modeler is being run at Starkey for testing the production of hearing aids.

16. Upon information and belief, Envisiontec GmbH is the owner of a number of United States patents related to three-dimensional prototyping and manufacturing systems that would likely be asserted in an infringement action brought by Envisiontec, Inc. and Envisiontec GmbH against 3D Systems and/or its customers for the manufacture, use, and sale of the V-Flash™ Desktop Modelers, such patents including U.S. Patent Nos. 6,942,830, 7,052,263, and 7,195,472 (the "Envisiontec Patents").

17. Upon information and belief, Envisiontec, Inc. and Envisiontec GmbH have sufficient ownership interest in the Envisiontec Patents to bring lawsuits in the United States under these patents.

18. 3D Systems and its customers have the right to engage in the accused activity with respect to the V-Flash™ Desktop Modelers without license from Defendants Envisiontec, Inc. and Envisiontec GmbH.

**CLAIM I**
**<u>Declaration Of Noninfringement And Invalidity</u>**

19. 3D Systems repeats and incorporates herein the foregoing allegations in paragraphs 1-18 as if set forth in their entirety.

20. By virtue of at least the aforesaid acts of Defendants Envisiontec, Inc. and Envisiontec GmbH asserting rights under the Envisiontec Patents based on 3D Systems' ongoing and planned activities of selling its V-Flash™ systems and based on 3D Systems' customers'

ongoing and planned activities of purchasing 3D Systems' V-Flash™ systems, and based on 3D Systems' contentions that 3D Systems, and its customers, have the right to engage in the accused activity without license from Defendants, an Article III case or controversy has arisen such that 3D Systems and its customers need not risk a suit for infringement by Defendants Envisiontec, Inc. and Envisiontec GmbH for engaging in the aforesaid identified activities before seeking a declaration of their legal rights.

21. By virtue of the aforementioned actions by Defendants Envisiontec, Inc. and Envisiontec GmbH, under all of the circumstances, there is a substantial, actual, and justiciable controversy between 3D Systems, on the one hand, and Envisiontec, Inc. and Envisiontec GmbH on the other hand, of sufficient immediacy and reality as to infringement of Envisiontec patents, such that a justiciable Article III controversy exists.

22. 3D Systems does not infringe, induce infringement of, and/or contributorily infringe, and has not infringed, induced infringement of, and/or contributorily infringed any valid and enforceable claim of the Envisiontec Patents.

23. 3D Systems' customers do not infringe, induce infringement of, and/or contributorily infringe, and has not infringed, induced infringement of, and/or contributorily infringed any valid and enforceable claim of the Envisiontec Patents.

24. The Envisiontec Patents are invalid and void for failure to comply with one or more sections of Title 35 of the U.S. Code, including, without limitation, 35 U.S.C. §§ 101, 102, 103, and/or 112.

## PRAYER FOR RELIEF

WHEREFORE, 3D Systems prays for judgment in its favor as follows:

A. A declaration that neither 3D Systems, nor its customers, have infringed, induced infringement of, or contributorily infringed, and does not infringe, induce infringement of, and/or

contributorily infringe any valid or enforceable claim of U.S. Patent Nos. 6,942,830, 7,052,263, and 7,195,472;

B. A declaration that U.S. Patent Nos. 6,942,830, 7,052,263, and 7,195,472 are invalid and void for failure to comply with one or more sections of Title 35 of the U.S. Code, including, without limitation, 35 U.S.C. §§ 101, 102, 103, and/or 112.

C. A declaration that this case is "exceptional" within the meaning of 35 U.S.C. § 287;

D. An award to 3D Systems of its costs, attorney fees, and expenses pursuant to 35 U.S.C. § 285; and

E. An award to 3D Systems of all further and additional relief as the Court deems just and proper.

Respectfully submitted,

Dated: April 23, 2008

Susan M. Kornfield (P41071)
Alan N. Harris (P56324)
BODMAN LLP
Suite 400
201 South Division Street
Ann Arbor, MI 48104
Tel: 734.930.2488
Fax: 734.930.2494

Sidney David
Jonathan A. David
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866

*Attorneys for Plaintiff 3D Systems, Inc.*

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

**County in which action arose** Oakland County, MI

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

(b) County of Residence of First Listed Plaintiff Los Angeles County, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Susan M. Kornfield (P41071); Alan N. Harris (P56324), Bodman LLP, Suite 400, 201 S. Division, Ann Arbor, MI 48104, 734-761-3780

## DEFENDANTS

County of Residence of First Listed Defendant Oakland County, MI
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

830

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 USC Sec. 2201

Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** Unspecified

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE Cohn DOCKET NUMBER 05-74891

DATE
April 23, 2008

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

## URSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________

Case No.: ______________________

Judge: ______________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☒ Yes
☐ No

If yes, give the following information:

Court: USDC ED Michigan

Case No.: 05-74891

Judge: Avern Cohn

Notes :