**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| 3D SYSTEMS, INC.,<br><br>Plaintiff,<br>v.<br><br>ENVISIONTEC, INC. and ENVISIONTEC GMBH,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | Case No. 2:08-cv-11734<br><br><br>Hon. David M. Lawson<br><br>Maj. Virginia Morgan |

BODMAN LLP
Susan M. Kornfield (P41071)
Alan N. Harris (P56324)
Suite 400
201 South Division Street
Ann Arbor, MI 48104
Tel: 734-930-2488
Fax: 734-930-2494

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
Sidney David
Jonathan A. David
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908-654-5000
Fax: 908-654-7866
*Attorneys for Plaintiff 3D Systems, Inc.*
______________________________________/

**[This case is related to 2:05-cv-74891]**

**AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**

Plaintiff 3D Systems, Inc., as and for its amended complaint against Defendants Envisiontec, Inc. and Envisiontec GmbH, allege as follows:

## THE PARTIES

1. Plaintiff 3D Systems, Inc. ("3D Systems") is a California corporation, having a place of business at 333 Three D Systems Circle, Rock Hill, South Carolina 29730.

2. Upon information and belief, Defendant Envisiontec, Inc. is a Michigan corporation having a place of business at 1100 Hilton Street, Ferndale, Michigan 48220.

3. Upon information and belief, Defendant Envisiontec GmbH is a German corporation organized and existing under the laws of Germany, having a place of business at Brüsseler Straße 51, 45968 Gladbeck, Germany.

## JURISDICTION AND VENUE

4. Upon information and belief, Envisiontec, Inc. and Envisiontec GmbH transact and do business within the State of Michigan and within this Judicial District, and are subject to the personal jurisdiction of this Court, pursuant to the laws of the State of Michigan and Rule 4 of the Federal Rules of Civil Procedure.

5. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(c).

6. This action is brought under the Declaratory Judgment Act, 28 U.S.C. §§ 2201-02, and arises under the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq*.

7. Subject matter jurisdiction is conferred upon this Court by 28 U.S.C. § 1338(a).

## BACKGROUND FACTS

8. 3D Systems is a leading global provider of 3-D modeling, rapid prototyping, and rapid manufacturing technology and systems. Using 3D Systems' technology and systems,

prototypes and end-use parts can be built within hours directly from computer-aided design (CAD) files through an additive manufacturing process with 3D Systems' 3-D Modelers, Stereolithography (SLA®), and Selective Laser Sintering (SLS®) solutions.

9. 3D Systems' three-dimensional part-building systems and engineered materials reduce the time and cost of designing products and facilitate "direct digital manufacturing," enabling its customers to drastically decrease product development time and maintain a competitive advantage.

10. 3D Systems has applied for and obtained numerous patents in the United States and abroad, and 12 of its United States patents are currently being asserted against three-dimensional prototyping and manufacturing systems of Defendants Envisiontec, Inc. and Envisiontec GmbH in the action of *3D Systems, Inc. v. Envisiontec, Inc., Envisiontec GmbH and SIBCO, Inc.*, Case No. 2:05-cv-74891, pending before The Honorable Avern Cohn in the United States District Court for the Eastern District of Michigan, Southern Division.

11. 3D Systems is also the manufacturer of three-dimensional model building systems known as the V-Flash™ Desktop Modeler. On April 2, 2008, 3D Systems announced that it has begun commercial shipments of its new V-Flash™ Desktop Modeler to North American customers.

12. The V-Flash™ Desktop Modeler builds three-dimensional models within hours in a customer's home or office, enabling designers, engineers, hobbyists, and students to imagine, design and build their ideas at their desks.

13. From April 3-5, 2008, 3D Systems attended the American Audiology Association Exhibition (the "AAA Show") in Charlotte, North Carolina, and exhibited its V-Flash™ Desktop Modeler at the booth of one of its partners, The Dreve Company ("Dreve"). At the Dreve booth

at the AAA Show, the V-Flash™ Desktop Modeler was on display and producing hearing aid models.

14. Upon information and belief, at and following the AAA Show, Defendants Envisiontec, Inc. and Envisiontec GmbH, through Ali El-Siblani, the Chief Executive Officer of both Envisiontec, Inc. and Envisiontec GmbH, threatened customers and potential customers of 3D Systems of the V-Flash System™ with patent infringement suits.

15. In particular, Mr. El-Siblani personally threatened at least two of 3D Systems' U.S. customers and potential customers, Starkey Laboratories, Inc. ("Starkey") (following the AAA Show) and GN ReSound (at the AAA Show), with patent infringement suits when they purchase 3D Systems' V-Flash™ Desktop Modeler. Currently, a beta test version of the V-Flash™ Desktop Modeler is being run at Starkey for testing the production of hearing aids. Also, at the Envisiontec booth at the AAA Show, Mr. El-Siblani threatened Donald Tew of Dreve with suing Dreve and its customers for patent infringement when they purchase the V-Flash™ Desktop Modeler.

16. Upon information and belief, Envisiontec GmbH is the owner of a number of United States patents related to three-dimensional prototyping and manufacturing systems that would likely be asserted in an infringement action brought by Envisiontec, Inc. and Envisiontec GmbH against 3D Systems and/or its customers for the manufacture, use, and sale of the V-Flash™ Desktop Modelers, such patents being U.S. Patent Nos. 6,942,830, 7,052,263, and 7,195,472 (the "Envisiontec Patents").

17. Upon information and belief, Envisiontec, Inc. and Envisiontec GmbH have sufficient ownership interest in the Envisiontec Patents to bring lawsuits in the United States under these patents.

18. 3D Systems and its customers have the right to engage in the accused activity with respect to the V-Flash™ Desktop Modelers without license from Defendants Envisiontec, Inc. and Envisiontec GmbH.

**CLAIM I**
**Declaration Of Noninfringement And Invalidity**

19. 3D Systems repeats and incorporates herein the foregoing allegations in paragraphs 1-18 as if set forth in their entirety.

20. By virtue of at least the aforesaid acts of Defendants Envisiontec, Inc. and Envisiontec GmbH asserting rights under the Envisiontec Patents based on 3D Systems' ongoing and planned activities of selling its V-Flash™ systems and based on 3D Systems' customers' ongoing and planned activities of purchasing 3D Systems' V-Flash™ systems, and based on 3D Systems' contentions that 3D Systems, and its customers, have the right to engage in the accused activity without license from Defendants, an Article III case or controversy has arisen such that 3D Systems and its customers need not risk a suit for infringement by Defendants Envisiontec, Inc. and Envisiontec GmbH for engaging in the aforesaid identified activities before seeking a declaration of their legal rights.

21. By virtue of the aforementioned actions by Defendants Envisiontec, Inc. and Envisiontec GmbH, under all of the circumstances, there is a substantial, actual, and justiciable controversy between 3D Systems, on the one hand, and Envisiontec, Inc. and Envisiontec GmbH on the other hand, of sufficient immediacy and reality as to infringement of Envisiontec patents, such that a justiciable Article III controversy exists.

22. 3D Systems does not infringe, induce infringement of, and/or contributorily infringe, and has not infringed, induced infringement of, and/or contributorily infringed any valid and enforceable claim of the Envisiontec Patents.

23. 3D Systems' customers do not infringe, induce infringement of, and/or contributorily infringe, and has not infringed, induced infringement of, and/or contributorily infringed any valid and enforceable claim of the Envisiontec Patents

24. The Envisiontec Patents are invalid and void for failure to comply with one or more sections of Title 35 of the U.S. Code, including, without limitation, 35 U.S.C. §§ 101, 102, 103, and/or 112.

## PRAYER FOR RELIEF

WHEREFORE, 3D Systems prays for judgment in its favor as follows:

A. A declaration that neither 3D Systems, nor its customers, have infringed, induced infringement of, or contributorily infringed, and does not infringe, induce infringement of, and/or contributorily infringe any valid or enforceable claim of U.S. Patent Nos. 6,942,830, 7,052,263, and 7,195,472;

B. A declaration that U.S. Patent Nos. 6,942,830, 7,052,263, and 7,195,472 are invalid and void for failure to comply with one or more sections of Title 35 of the U.S. Code, including, without limitation, 35 U.S.C. §§ 101, 102, 103, and/or 112.

C. A declaration that this case is "exceptional" within the meaning of 35 U.S.C. § 287;

D. An award to 3D Systems of its costs, attorney fees, and expenses pursuant to 35 U.S.C. § 285; and

E. An award to 3D Systems of all further and additional relief as the Court deems just and proper.

Dated: May 14, 2008

Respectfully submitted

/s/Susan M. Kornfield
Susan M. Kornfield (P41071)
Alan N. Harris (P56324)
BODMAN LLP
Suite 400
201 South Division Street
Ann Arbor, Michigan 48104
Telephone: (734) 930-2488
Facsimile: (734) 930-2494
skornfield@bodmanllp.com

Sidney David (SD 8700)
Stephen B. Goldman (SG 4018)
Jonathan A. David (JD 7559)
Samantha M. Kameros (SK 8223)
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, New Jersey 07090-1497
Telephone: (908) 654-5000
Facsimile: (908) 654-7866